# Court of Appeals
# of the State of Georgia

ATLANTA,  July 22, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0394. LISA MORENO DICKINSON v. VAUGHN C. DICKINSON.

In this matter arising out of a child custody action, the trial court issued an order on July 20, 2023, granting Vaughn C. Dickinson's claim for modification of parenting time and other relief, but reserving ruling on the issue of attorney fees. Lisa Moreno Dickinson filed a notice of appeal, and that appeal has been docketed in this Court as Case No. A24A0390. On June 3, 2024, the trial court issued an order granting Vaughn Dickinson attorney fees under OCGA §§ 19-9-3 (g) and 9-15-14 (b). Subsequently, Lisa Dickinson filed the instant timely application for discretionary review of the June 3, 2024 order.

Generally, OCGA § 5-6-35 (a) (10) requires that an appeal of an award of attorney fees under OCGA § 9-15-14 come via the discretionary appeal procedures. However, "a post-judgment award of attorney fees may be appealed directly without regard to the discretionary appeal procedures where there is a pending appeal taken from the underlying judgment." *Reynolds v. Clark*, 322 Ga. App. 788, 789 (746 SE2d 266) (2013); see also *Rolleston v. Huie*, 198 Ga. App. 49, 51-52 (4) (400 SE2d 349) (1990). Here, there is a pending appeal — Case No. A24A0390 — of the underlying child custody modification order. Therefore, Lisa Dickinson may directly appeal the trial court's June 3, 2024 order regarding attorney fees without regard to the discretionary appeal procedures.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Lisa Dickinson shall have ten days from the date of this order to file a notice of appeal in the trial court. If she has already filed a notice

of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/22/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*